## HOOD v. HOLCOMB et al.

No. 7688—Opinion Filed Nov. 21, 1916.

(161 Pac. 213.)

Error from District Court, Alfalfa County; J. C. Robberts, Judge.

Action by Lydia M. Holcomb and B. A. Holcomb against E. E. Hood, trustee of the Shawnee Life Insurance Company, a corporation, dissolved. There was a judgment for plaintiffs, and defendant brings error. Affirmed.

Lydick & Eggerman and Titus & Talbot, for plaintiff in error.

Owen & Hill, W. E. Wiles, and E. S. Hadley, for defendants in error.

Opinion by HOOKER, C. Under the authority of Shawnee Life Insurance Company v. Taylor, 58 Okla. 313, 160 Pac. 622, and E. E. Hood, Trustee, v. Wood, ante, p. 294, 161 Pac. 210, this case is affirmed.

By the Court: It is so ordered.

## HOOD v. HOLCOMB et al.

No. 7689—Opinion Filed Nov. 21, 1916.

(161 Pac. 214.)

Error from District Court, Alfalfa County; J C. Robberts, Judge.

Action by John W. Holcomb and Mary A. Holcomb against E. E. Hood, trustee, etc. There was a judgment for plaintiffs, and defendant brings error. Affirmed.

Lydick & Eggerman and Titus & Talbot, for plaintiff in error.

Owen & Hill, W. E. Wiles, and E. S. Hadley, for defendants in error.

Opinion by HOOKER, C. Under the authority of Shawnee Life Insurance Company v. Taylor, 58 Okla. 313, 160 Pac. 622,

and E. E. Hood, Trustee, v. Wood, ante, p. 294, 161 Pac. 210, this case is affirmed.

By the Court: It is so ordered.

## HOOD v. MITCHELL.

No. 7685—Opinion Filed Nov. 21, 1916.

(161 Pac. 213.)

Error from District Court, Alfalfa County; J. C. Robberts, Judge.

Action by Maud M. Mitchell against E. E. Hood, trustee of the Shawnee Life Insurance Company, a corporation, dissolved. There was a judgment for plaintiff, and defendant brings error. Affirmed.

Lydick & Eggerman and Titus & Talbot, for plaintiff in error.

Owen & Hill, W. E. Wiles, and E. S. Hadley, for defendants in error.

Opinion by HOOKER, C. Under the authority of Shawnee Life Insurance Company v. Taylor, 58 Okla. 313, 160 Pac. 622, and E. E. Hood, Trustee, v. Wood, ante, p. 294, 161 Pac. 210, this case is affirmed.

By the Court: It is so ordered.

## HOOD v. SPANGLER et al.

No. 7687—Opinion Filed Nov. 21, 1916.

(161 Pac. 214.)

Error from District Court, Alfalfa County; J. C. Robberts, Judge.

Action by Fannie Spangler and others against E. E. Hood, trustee of the Shawnee Life Insurance Company, a corporation, dissolved. There was a judgment for plaintiffs, and defendant brings error. Affirmed.

Lydick & Eggerman and Titus & Talbot, for plaintiff in error.

Owen & Hill, W. E. Wiles, and E. S. Hadley, for defendants in error.

Opinion by HOOKER, C. Under the authority of Shawnee Life Insurance Company v. Taylor, 58 Okla. 313, 160 Pac. 622, and E. E. Hood, Trustee, v. Wood, ante, p. 294, 161 Pac. 210, this case is affirmed.

By the Court: It is so ordered.